USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHRISTINE BALKO,

        Plaintiff,

-against-                               13 Civ. 1333 (LAK)

UKRAINIAN NATIONAL FEDERAL CREDIT UNION,

        Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant's objections, which are almost entirely frivolous and entirely without merit, to the comprehensive and meticulous report and recommendation of Magistrate Judge Andrew J. Peck are overruled. Its motion for summary judgment dismissing the complaint [DI 31] is denied.

        SO ORDERED.

Dated:      June 10, 2014

                                        Lewis A. Kaplan
                                   United States District Judge